# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>    Defendant. | CASE NO. 1:11-CV-0529 AWI GSA<br><br>**ORDER VACATING HEARING DATE OF JULY 18, 2011 AND TAKING MATTER UNDER SUBMISSION** |

Defendant NEMSA has filed a motion to dismiss for lack of subject matter jurisdiction. Plaintiff Solis has filed an opposition.  Defendant NEMSA has filed a reply.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 18, 2011, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  July 12, 2011                

                CHIEF UNITED STATES DISTRICT JUDGE

1