# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>Defendant. | NO. 1:11-CV-00529 AWI GSA<br><br>ORDER VACATING OCTOBER 17, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Plaintiff's motion to vacate in part the June 9, 2011 order has been set for hearing in this case on October 17, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 17, 2011, is VACATED, and the parties shall not appear at that time. As of October 17, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE