1    BENJAMIN B. WAGNER
2    United States Attorney
     GLEN F. DORGAN
3    Assistant United States Attorney
     United States Courthouse
4    2500 Tulare Street, Suite 4401
5    Fresno, California 93721
     Telephone: (559) 497-4080
6    Facsimile: (559) 497-4099

7    Attorneys for Plaintiff, HILDA L. SOLIS, Secretary of Labor,
8    United States Department of Labor

9
10                IN THE UNITED STATES DISTRICT COURT FOR THE

11                     EASTERN DISTRICT OF CALIFORNIA

12   HILDA L. SOLIS, Secretary of Labor,      )   Case No. 1:11-cv-00529 AWI-GSA
13   United States Department of Labor,        )
                                               )   STIPULATION AND ORDER
14                    Plaintiff,               )   EXTENDING NON-EXPERT DISCOVERY
15        v.                                   )   DEADLINE
                                               )
16   NATIONAL EMERGENCY MEDICAL                )
     SERVICES ASSOCIATION,                     )
17                                             )
18                    Defendant.               )
                                               )

19
20        Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, and

21   Defendant, National Emergency Medical Services Association, through its  counsel of record,

22   respectfully request a continuance of the expert discovery deadline due to the following:

23        1.  At present, the non-expert discovery cut-off is April 2, 2012.  However, due to

24   scheduling conflicts involving two of Plaintiff's principle witnesses (Vivian Thorbourne and

25   David Pinck) and one of Defendant's principle witnesses (Torren Colcord), the parties have

26   been unable to complete these depositions to date.  The depositions of Mr. Pinck and Ms.

27
28   Thorbourne are set for March 29 and 30, 2012, and a date has yet to be confirmed for the

deposition of Mr. Colcord.  Moreover, once these depositions are completed, the information

secured at these proceedings may justify depositions of additional witnesses.

2.  The expert discovery cut-off is May 23, 2012.  The parties desire, and hereby

stipulate, to continue the non-expert discovery deadline to conclude concurrently with the expert

discovery cut-off so that the other dates identified in the Court's Scheduling Order will remain

unaffected.

Dated: March 21, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney

                                   By    /s/ Glen F.Dorgan
                                         Glen F. Dorgan
                                         Assistant United States Attorney
                                         Attorney for Plaintiff,
                                         HILDA L. SOLIS, Secretary of  Labor,
                                         United States Department of Labor

Dated: March 21, 2012                    GOYETTE & ASSOCIATES, INC.

                                         /s/ Paul Goyette
                                         Paul Goyette
                                         Attorney for Defendant
                                         National Emergency Medical Services Association


                                    **ORDER**

IT IS HEREBY ORDERED that the non-expert discovery deadline be moved from April

2, 2012, to May 23, 2012.  All other dates and deadlines set forth in the Court's Scheduling

Order remain in effect.


IT IS SO ORDERED.

**Dated:   March 21, 2012            _____ /s/ Gary S. Austin_____**
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE