1   Geoffrey O. Evers (140541)
    Evers Law Group, A Professional Corporation
2   541 Fulton Avenue, Suite 200
    Sacramento, CA 95864
3   tel: 916–974–3000
    fax: 916–720–0332
4   g.evers@everslaw.com

5   Attorney for Defendant
    National Emergency Medical
6   Services Association

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  HILDA L. SOLIS, Secretary of Labor,        Case No. 1:11 CV 00529 AWI GSA
    United States Department of Labor,

12          Plaintiff,                          NOTICE AND ORDER FOR SUBSTITUTION
                                                OF COUNSEL FOR DEFENDANT,
13  v.                                          NATIONAL EMERGENCY MEDICAL
                                                SERVICES ASSOCIATION
14  NATIONAL EMERGENCY MEDICAL
15  SERVICES ASSOCIATION,

16          Defendant.
    _____/

17

18      TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

19          Please take notice that Defendant, NATIONAL EMERGENCY MEDICAL SERVICES

20  ASSOCIATION (hereinafter Defendant) substitutes Geoffrey O. Evers of Evers Law Group,

21  P.C. as its new counsel and requests this court order the substitution of Evers Law

22  Group, P.C. as attorney of record in this matter.

23                      FORMER ATTORNEY

24      Defendant formerly was represented by:

25          Gary G. Goyette
            Goyette & Associates, Inc.
26          2366 Gold meadow Drive, #A
            Gold River, CA 95670

27

28                                                                          1

NEW ATTORNEY

Defendant's  new counsel in this matter and new attorney of record on whom all notices and papers may be served:

> Geoffrey O. Evers
> Evers Law Group, A Professional Corporation
> 641 Fulton Avenue, Suite 200
> Sacramento, CA 95825
> telephone:   916-974-3000
> facsimile:   916-720-0332
> email:       g.evers@everslaw.com

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: May 7 , 2012

Torren Colcord on behalf of
National Emergency Medical
Services Association

Dated: May 3 , 2012

Respectfully submitted,
Evers Law Group, A Professional Corporation

Geoffrey O. Evers
Attorney for Defendant
National Emergency Medical
Services Association

///

///

///

2

ORDER

IT IS SO ORDERED.

Dated:   **May 8, 2012**                    _____**/s/ Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE

3