BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff, HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION, <br><br> Defendant. | Case No. 1:11-cv-00529 AWI-GSA <br><br> STIPULATION AND ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE AND NON-DISPOSITIVE MOTION DEADLINE |

Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, and Defendant, National Emergency Medical Services Association, through its counsel of record, respectfully request a continuance of the following deadlines as follows:

| | Current Deadline | Stipulated Extension |
|---|---|---|
| Non-Expert Discovery | May 23, 2012 | June 19, 2012 |
| Non-Dispositive Motions | May 30, 2012 | June 26, 2012 |

The parties respectfully submit that good cause exists for the extension for the following reasons:

1.      Settlement Negotiations.  The parties have commenced discussions of a possible settlement of this matter as well as the related action, *Solis v. NEMSA*, Case No. 1:11-cv-01929-LJO-DLB.  The parties desire to delay further discovery, and the costs attendant therewith, during the course of continued negotiations, but are prepared to complete discovery if negotiations are not productive in the next two weeks.

2.      Substitution of Attorneys.  Recently, Attorney Geoffrey Evers substituted into this case as counsel for NEMSA.  Mr. Evers accurately certified in the substitution documents that his substitution into the case will not (and has not) delayed the proceedings in this matter.  However, as the parties focus on settlement negotiations, the parties submit that the interests of justice are best served if NEMSA's new counsel is permitted to address settlement options first and then focus on the remaining discovery to be completed.

3.      Remaining Depositions.  There are only a select number of depositions remaining to be completed, including the deposition of NEMSA's principal, Torren Colcord.  As reported to this Court in the prior stipulation filed March 22, 2012, Mr. Colcord's deposition has been difficult to schedule because of his limited schedule (as well as the limited schedule of the attorneys for both parties).  This and any additional remaining discovery will be completed by the proposed deadline of June 19.

///

///

///

///

///

///

///

4. This is the parties' second request to modify the scheduling order, the first having been granted by this Court on March 21, 2012. All other dates identified in the Court's Scheduling Order will remain unaffected.

Dated: May 22, 2012         BENJAMIN B. WAGNER
                            United States Attorney

                       By   /s/ Glen F. Dorgan
                            Glen F. Dorgan
                            Assistant United States Attorney
                            Attorney for Plaintiff,
                            HILDA L. SOLIS, Secretary of Labor,
                            United States Department of Labor

Dated: May 22, 2012         EVERS LAW GROUP, APC

                            (As authorized 05/22/12.)
                            /s/ Geoffrey O. Evers
                            Geoffrey O. Evers
                            Attorney for Defendant
                            National Emergency Medical Services Association

STIPULATION AND ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE

**ORDER**

The Court adopts the parties' stipulation IN PART. IT IS HEREBY ORDERED that the non-expert discovery deadline be moved from May 23, 2012, to June 19, 2012, and the non-dispositive motion deadline be moved from May 30, 2012, to June 20, 2012.[1] All other orders contained in this Court's scheduling order issued on September 9, 2011 remain in full force and effect. (Doc. 61). Counsel are advised that future requests to modify the scheduling order will be looked upon with disfavor as the pretrial conference is set for September 6, 2012, and the trial is set for October 23, 2012.

IT IS SO ORDERED.

Dated: **May 23, 2012**              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The non-dospositive motion deadline is designated as June 20, 2012 because the dispositive motion deadline is also June 20, 2012.