BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff, HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) Case No. 1:11-cv-00529 AWI-GSA ) ) ORDER |
| Plaintiff, | ) |
| v. | ) ) |
| NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION, | ) ) ) |
| Defendant. | ) ) |

On July 11, 2012, Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, and Defendant, National Emergency Medical Services Association, filed a Stipulation of Settlement in the above matter.

Pursuant to the terms of the Stipulation of Settlement, National Emergency Medical Services Association will have an election for the office of President in November 2012, and the election will be supervised by the Secretary of the Department of Labor.  When the election is completed, Plaintiff will file a Certification with the Court identifying the officer elected, along with a Proposed Judgment specifying the person elected for the Court's consideration.

Based on the foregoing,

IT IS HEREBY ORDERED as follows:

1. The trial set for October 23, 2012, and the Pre-trial Conference set for September 6, 2012, are VACATED;

2. Plaintiff is directed to file a status report or a certification of the election and a proposed judgment by December 7, 2012.

3. The Court shall retain jurisdiction until the above process is completed and judgment is entered.

```
IT IS SO ORDERED.

Dated:     July 31, 2012
                                    CHIEF UNITED STATES DISTRICT JUDGE
```