BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for Plaintiff HILDA L. SOLIS, Secretary of Labor, U.S. Dept. of Labor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>                         Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>                         Defendant. | CASE NO. 1:11-cv-00529 AWI-GSA<br><br>**STIPULATION; ORDER** |

1.     On July 11, 2012, Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("the Secretary") and Defendant National Emergency Medical Services Association ("NEMSA") filed a Stipulation of Settlement in the above matter ("NEMSA I") and a related Stipulation of Settlement in Case No. 1:11-cv-01929 ("NEMSA II").

2.     The Stipulation for Settlement in this case, NEMSA I, called for Defendant to hold an election for the office of President in November 2012, supervised by Plaintiff.  The Stipulation for Settlement in NEMSA II called for Defendant to contemporaneously hold an election for the office of Vice President, Treasurer, Valley Regional Director, Bay Area Regional Director 1, Bay Area Regional Director 2, Eastern States Regional Director, and Southern California Regional Director.

///

3.  By order dated August 1, 2012, entered in NEMSA I, the Court confirmed the settlement and retained jurisdiction until the election is completed and judgment is entered.

4.  While the parties have worked toward meeting their respective obligations and responsibilities under the terms of the settlement, intervening developments now require that the deadline for the election of officers be postponed from November 2012 to January 31, 2013. Those developments include the following:

4.A.  The American Federation of State, County, and Municipal Employees ("AFSCME") petitioned the National Labor Relations Board (NLRB) to hold elections to determine whether it or NEMSA would be the representative union for employees of American Medical Response, Inc. (AMR) in the Northeast (covering Maine, Massachusetts and New Hampshire) and in Northern California. In October 2012, following the representation elections, the NLRB certified AFSCME as the representative union for these bargaining units. As a result, the AMR employees in those regions are no longer eligible for membership in NEMSA.

4.B.  The supervised election of officers to be conducted pursuant to the parties' settlements could not proceed until the representative elections were completed and certified. Moreover, as a result of the representative elections, certain members of NEMSA's nominating and election committee, who were part of the AMR bargaining unit in Northern California now excluded from NEMSA representation, have necessarily vacated their positions.

4.C.  As regional director positions on the NEMSA Board of Directors are based on the geographical regions and number of bargaining unit members represented therein, the loss of the AMR Northeast and Northern California bargaining units indicates that there will likely be fewer regional director positions than were originally scheduled for the November 2012 election. Therefore, there will be changes to the number and term of offices run in the supervised election.

///
///
///
///
///

5. Based on the foregoing, the parties hereto, acting by and through their counsel of record, hereby stipulate to continue the deadline for completion of the election of officers through and including January 31, 2013.

Respectfully submitted,

| | |
|---|---|
| BY: /s/ Glen F. Dorgan<br>GLEN F. DORGAN<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, California 93721<br>(559) 497-4080 (telephone)<br>(559) 497-4099 (facsimile)<br>Counsel for the Secretary | BY: /s/ Geoffrey O. Evers<br>GEOFFREY O. EVERS<br>Evers Law Group, P.C.<br>641 Fulton Ave., Suite 200<br>Sacramento, California 95825<br>(916) 974-3000 (telephone)<br>(916) 720-0332 (facsimile)<br>Counsel for NEMSA |

**ORDER**

Based on the above stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1. The deadline for completing the supervised election for the office of President of the National Emergency Medical Services Association is continued from November 2012 to January 31, 2013;

2. Plaintiff is directed to file a status report or a certification of the election and a proposed judgment by February 28, 2013.

3. The Court shall retain jurisdiction until the above process is completed and judgment is entered

.

IT IS SO ORDERED.

Dated:   November 9, 2012                                 _____
                                                          UNITED STATES DISTRICT JUDGE