BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for Plaintiff SETH D. HARRIS, Acting Secretary of Labor, U.S. Dept. of Labor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>Defendant. | CASE NO. 1:11-cv-00529 AWI-GSA<br><br>**JUDGMENT** |

On March 28, 2011, Plaintiff Hilda L. Solis, United States Secretary of Labor brought an action pursuant to Title IV of the Labor-Management Reporting and Disclosure Action of 1959 (as amended), 29 U.S. C. Sections 401, et seq., (the "Act") against Defendant National Emergency Medical Services Association ("NEMSA"), alleging that in or about 2010, the Defendant denied a member in good standing, who was actively contesting his termination from employment, the right to be a candidate and run for office.  The Defendant's actions violated Section 401(e) of the Act (29 U.S.C.Section 48(e)).  The Secretary brought the action for the purpose of voiding the Defendant's July 2010 election for the office of President and ordering that the Defendant conduct a new election for President under the supervision of the Secretary of Labor.

On July 9, 2012, the parties entered into a Stipulation of Settlement by which they agreed, that (1) Defendant would hold an election for the office of President in November 2012, supervised by

Plaintiff, (2) Upon completion of the election, the Secretary would certify to the Court the names of the persons so elected, and (3) upon approval of such certification, the Court shall enter a Judgment declaring that such persons have been elected as shown by such certification.

By Order dated November 9, 2012, the deadline to complete the supervised election for the office of President, was extended from November 2012 to January 31, 2013.

On April 24, 2013, the Secretary certified, pursuant to Section 402(c) of the Act (29 U.S.C. Section482(c)), that the following named candidate has been duly elected to the office designated:

Rick Bergen          President

Accordingly, the Court hereby ORDERS that judgment be entered as follows:

A.  The Certification of Election dated April 24, 2013, is approved.

B.  The following named candidate has been elected to his respect tie office, in accordance with The terms of the parties' Stipulation of Settlement, to serve terms of three (3) years, commencing upon installation of the officers by NEMSA:

Rick Bergen          President

C.  Each party shall bear its own costs, fees and expenses.

IT IS SO ORDERED.

Dated:   April 26, 2013                         _____
                                                SENIOR DISTRICT JUDGE

Judgment                                            2